UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1220-DDP (AGR) | Date | March 29, 2024 |
|---|---|---|---|
| Title | Ciron B. Springfield v. Kathleen Allison, et. al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| K. Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner | Attorneys Present for Respondent |
|---|---|
| None | None |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT (1) DENY PLAINTIFF'S REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND (2) DISMISS AS MOOT PLAINTIFF'S COMPLAINT

On February 22, 2022, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. (Dkt. No. 1.) Plaintiff filed a request to proceed without prepayment of filing fees. (Dkt. No. 4.)

The crux of the Plaintiff's complaint is his belief that his October 2022 youth eligibility parole date should be advanced to April 2022. (Compl. at 27, 41-42.)

According to the CDCR Prisoner Locator, Plaintiff's parole date was advanced to April 2022 and, furthermore, he is no longer in custody.

Accordingly, IT IS ORDERED that, on or before ***April 22, 2024***, Plaintiff shall show cause in writing why the Court should not dismiss as moot Plaintiff's complaint and deny Plaintiff's request to proceed without prepayment of filing fees.

If the Court does not receive a timely response to the order to show cause, the Court may dismiss Plaintiff's complaint as moot and deny Plaintiff's request to proceed without prepayment of filing fees.

Initials of Preparer      kl